IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00409-GCM

VRX USA, LLC,

       **Plaintiff,**

v.

VRX VENTURES, LTD,
ROBERT A. STANNERS,

       **Defendants.**

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Michael C. Whitticar** (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Whitticar is admitted to appear before this court *pro hac vice* on behalf of Defendants VRX Ventures Ltd. and Robert A. Stanners.

**IT IS SO ORDERED.**

Signed: September 24, 2020

Graham C. Mullen
United States District Judge